IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN KAYVON EDSON,
    Plaintiff

    v.

DZHOKHAR TSARNAEV,
    Defendant

2014 MAY -5 P 2: 15
Case No. _____
U.S. DISTRICT COURT
DISTRICT OF MASS.

MOTION FOR PRELIMINARY INJUNCTION,
TEMPORARY RESTRAINING ORDER, TRO 28 U.S.C. 1331

    COMES NOW, Kevin Kayvon Edson, in Pro Se, facing immenent danger and bodily harm by Defendant Dzhokhar Tsarnaev. The Tsarnaev Brothers' despicable actions at the Boston Marathon represent a true metaphor of the state of youth in American culture. No device but a Pressure Cooker set to explode and abandoned in a festive area could better sum up the effect of American culture on two individuals transplanted here from afar. Everything about this tragic terroristic act is symbolic: Their use of an innocious object which is perverted into a weapon shows frustration and the depth of desperation in a Pop Culture saturated society. The abandonment of the backpacks in a busy populated area lends this writer to notice parallels further of parental abandonment. The brothers were both left behind in American, as the pressure cookers were left behind on the busy streets of Boston. Of all the agencies devoted in this country which seeks to prevent terrorism on its soil, what agency is tasked with maintaining that abandoned brothers needs are met? By the Tsarnaev brothers slipping through the cracks in Bostonand falling deeply into darkness, it is evident to me that our cultural neglect created the disaster on Patriot's Day. If Americans are patriotic in this matter, they will shoulder all the blame from what led the brothers to go down the lonely and terminal path they had no choice but to go down one year ago. Like leaves carried on a river of rap music, hypersexual coed life and a profusion of glorified violence in the film industry, our culture all but carried the brothers to this blood-soaked shore. Without parental guidance nor comfortability in being immersed in the cultureour Grandparents would have found repugnant., the Brothers were pressure cookers. Being that a pressure cooker is itself not a weapon of mass destruction unless modified, I believe the Brothers too are not malevolent unless modified. We have all contributed to the modification of these Brothers. I propose we can not find the remaining Tsarnaev Brother a/k/a/ Jahar, to be culpable of his actions any more than we can look at all pressure cookers as weapons of mass destruction. Dzakhar Tsarnaev should be released from Federal custodsy immediately for the blood of the Boston bombing is not on his hands but ours. It is a widely known fact that being an ethnical minority in the USA, the Jews are the majority in the USA Government, including its law enforcement agencies, who very often cover up the crimes their Jewish tribesmen commit and thus put their own nation above the law in connection with the Zionist idea that the Jews are the chosen race and can do whatever they want and other people

shall meekly stand by. I am whistle Blowing. I'm protecting American citizens. Defendant Tsarnaev is a victim; he is a patsy mind control victim by the CIA Research Program Project MK-Ultra to justify New World Order, NWO. Humanity is sheeple; wake up People! Defendant was brainwashed by the Illuminati and technology installed in his mind by Darpa and M.I.T. to control him to bomb the Boston Marathon. A vast conspiracy is occurring before our eyes. Defendant is represented by Attorney Judy Clarke who represented Jared Lee Loughner, who sits Isolated, force medicated at the Federal Medical Center in Springfield, Illinois. Loughner was also mind controlled by Illuminati Zionist Elites to shoot Gabby Giffords, who's husband is Mark Kelly, NASA Employee responsible for launching spying technology in our skies to spy on our lives taking away our civil liberties. Loughner was inspired by the Zeigeist movie to stop Giffords' political agenda to destroy America. James Eagan Holmes, Adam Lanza, Aaron Alexis, Paul Ciancia were also inspired by loose change, Zeitgeist, the Idaho Observer of Zoom.com. Defendant Tsarnaev was on SSRI's, which are polluting our children's minds and making them violent, more suicidal. SSRI's cause people to go on mass shootings. Big Pharma profits from SSRI's, while victims like Tsarnaev using them then victimize innocent people unaware of the circumstances or consequences. Big Pharma is committing covert genocide by using SSRI's on humanity. The Jews and manipulating Jenny McCarthy, who was an anti-vaccine advocate, but now that she works for Jew ABC/Disney, she flip flopped, and now supports vaccines. Obamacare is unconstitutional. It is a tax originated in the Democratic Senate. Our society under Obamacare will be forced to take vaccines, SSRI's, etc., or be arrested. James Eagan Holmes was a patsy. Holmes was mind controlled by the Illuminati, indoctrinated at the University of Colorado, Anschutz Neuroscience Program funded by Colorado Billionaire Philip Anschutz, who owns $\frac{1}{2}$ of Regal Cinemas (which just happens to be rival to Century 16 Theatres Holmes shot up). Anschutz owns part of the Los Angeles Lakers, who paid off the victim Kobe Bryant raped to protect his Laker investment. Anschutz owns AEG Entertainment that funded Michael Jackson's "This Is It" Tour. Anschutz took out a secret insurance policy with AIG, then had Michael Jackson murdered. The Jackson family sued Anschutz for Jackson's death, then Michael Jackson's mother went missing. Adam Lanza and James Eagan Holmes and Defendant Tsarnaev were systemically programmed to do terror acts to justify gun control and new laws, rules, regulations to further expand a George Orwell 1984 society at the expense of the Sheeple who are diverted with sports and entertainment. Adam Lanza was on SSRI's, Fanapt and Resperdal. 9/11 was an inside job to justify creation of the Dept. of Homeland Security, the TSA, the Warrantless wiretapping. Jews control all of America. Mom & Pop shops gobbled up by corporations who keep merging. Electronic currency. Mexico and Canada will merge with USA to create the North American Union; one currency, "the Amero". We are all fraud citizens under the Act of 1871, 14th Amendment, our "Strawman" U.C.C. 1-308. All capitol in our names on titles, Birth Cerificates, DC's, SSN#'s, they don't use our flesh and blood, common-law names. The United States is a bankrupt corporation; we are under Title 18, Admiral Maritime Jurisdiction. House Joint Resolution 192, HJR-192, June 5, 1933 is unconstitutional. The Federal Reserve Banks create fiat money backed by nothing of substance. Jew Government actors and Government gang stackers use patsies like Defendant

Tsarnaev, James Holmes, Adam Lanza, Dylan Klebold, to manipulate them to do false flag attacks for a hidden agenda to control the masses, taking away American's civil liberties, which is going to get a lot worse; our children will be future slaves to gov't intrusion and control. RFID Chips. GPS Tracking, Government telling us what food to put in our bodies. Government FEMA Camps to round up the Anti-Establishment Occupy Wall Street Followers; all truth-seekers silenced. We can't head for the hills because Gov't owns all the land under fraud EPA Endangered Species Acts. Look at Clivet Bundy, he had support of the militia, then was "paid off" to say racist comments to discourage and discredit his followers. God Like Productions, an on-line conspiracy site, is run by a Former CIA Agent. Defendant Tsarnaev, Adam Lanza, Frazier Glenn Miller, James Holmes, all posted on this site; all of them were friends. Adam Lanza and Defendant Tsarnaev were Facebook friends. Defendant shot an M.I.T. Police Officer because he was going back to M.I.T. to get the computer chip out of his head that programmed him to bomb Boston. Now Defendant has an unconstitutional "S.A.M." Special Administrative Measure, on him to prevent him from receiving and incoming or to send any outgoing mail to silence him. Behold, a Pale Horse. Defendant met Aaron Alexis at a Connecticut casino and provided Alexis his "Elf" gun. December 12th James Eagan Holmes' Birthday; Dec. 13th - Arapahoe H.S. Shooting; Dec. 14th - Sandy Hook Shooting; April 14th - Virginia Tech; April 15th - Boston Bombing, Titanic, Korean Sinking; April 13th - Fraizer Miller shoots a Jewish Center, same birthday as his friend Franklin, who shot Larry Flint. April 17th - Pul Pot; April 19th - Oklahoma, Waco; April 20th - Hitler's Birthday, Columbine. The Government plans to mind control victims like the Defendant to do more attacks on new anniversaries. I seek a Restraining Order against Defendant and Government to stop more attacks. I'm in isolation at S.C.I. Rockview. I'm leaving in a couple of days. I pray for relief.

Respectfully Submitted,

April 30, 2014

*Kevin Edson*
Kevin Kayvon Edson
LA-8814
P.O. Box A.
Bellefonte, PA 16823